IN THE UNITED STATES COURT
EASTERN DISTRICT FOR TENNESSEE

Plaintiff, pro se
Janice Whitson

vs.

Civil Action No. 4:22-cv-21
(To be assigned by the

DCLC/SKL

Defendants,

Cumberland County Jail
Dr. Grace
Nurse Mandy

FILED

MAY 1 3 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS

   N/A

A. Have you or any other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Eastern District of Tennessee, or in any other federal or state court?

   Yes   No

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT

A. What is the name and address of the prison or jail in which you are currently incarcerated? **Women's Therapeutic Residential Center  PO Box 1150  480 Green Chapel Road Henning, TN 38041**

B. Are the facts of your lawsuit related to your present confinement?

   Yes    **No**

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. **N/A**

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

   Yes    _No_

   If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the sate grievance procedure?

   Yes    No

F. If you checked the box marked "Yes" in question II.E above:

   What steps did you take? n/a

   1. What was the response of prison authorities?

G. If you checked the box marked "No" in question II.E above, explain why not.

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

   _Yes_    No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

   _Yes_    No

J. If you checked the box marked "Yes" in question II.I above:

   1. What steps did you take? Told the medical Department

2. What was the response of the authorities who run the detention facility? They did a x-ray May 2021 and got a cast June 2021

**K.** If you checked the box marked "No" in question II.I above, explain why not.

III. **PARTIES TO THIS LAWSUIT**

A. Plaintiff(s) bringing this lawsuit: Janice Whitson

1. Name of the first plaintiff: Janice Whitson

   Prison Id. No. of the first plaintiff: # 00592564

   Address of the first plaintiff:

   **Women's Therapeutic Residential Center**
   **PO Box 1150 480 Green Chapel Road Henning, TN 38041**

   B. Defendant(s) against whom this lawsuit is being brought:

**1.** Name of the first defendant: **Sheriff Casey Cox**

   **a.** Place of employment of the first defendant: Cumberland County Sheriff Department

   b. The first defendant's address: 90 Justice Ctr Dr., Crossville, TN. 38555

   c. Named in official capacity? **Sheriff Casey Cox**

   d. Named in individual capacity? **Sheriff Casey Cox**

2. Name of the second defendant: Nurse Mandy

3. Place of employment of the second defendant: Nurse Mandy

   a. The second defendant's address: 90 Justice Ctr Dr., Crossville, TN. 38555

4. Named in official capacity?

Nurse Mandy

    a. Named in individual capacity? Nurse Mandy

5. Name of the third defendant: Dr. Grace
   a. Place of employment of the third defendant: Dr. Grace
   b. The second defendant's address: 90 Justice Ctr Dr.,Crossville ,TN. 38555
   c. Named in official capacity? Dr. Grace
   d. Named in individual capacity? Dr. Grace

6. Name of the fourth defendant:
   a. Place of employment of the fourth defendant:
   b. The fourth defendant's address:
   c. Named in official capacity?
   d. Named in individual capacity?

7. Name of the fifth defendant:
   a. Place of employment of the fifth defendant:
   b. The second defendant's address:
   c. Named in official capacity?
   d. Named in individual capacity?

8. Name of the sixth defendant:
   a. Place of employment of the sixth defendant:
   b. The second defendant's address:
   c. Named in official capacity?
   d. Named in individual capacity?

IV. **STATEMENT OF FACTS**

On May 13th my roommate fell out the bed and landed on my hand. I then informed Nurse Mandy and the County Jailer. I was left in the cell and took roommate and placed in another cell. Couple hours later I inquired for attention and I was taken to medical and the tapped it and I was sent back to room. Nurse Mandy took back to medical department it was shown it was broken. They kept my hand wrapped until I seen Dr. Grace. Dr. Grace placed the cast on my hand on June 1st. On June 15th the cast was suppose to be taken off but I was sent to prison on June the 9th. On June 22nd I received an x-ray.

(1) <u>Personal injury</u>-*In a negligence action, any harm caused to a person, such as a broken bone, a cut, or a bruise; bodily injury. Any invasion of a personal right, including mental suffering and false imprisonment* – Due to the roommate she was detoxing should've been house on lower bunk.

(2) <u>Deliberate Indifference</u>- Due to negligence that detainee should've been taken the orthopedics. Blackmore v Kalamazoo 390 F.3rd 890.

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.
   1. <u>Award compensatory damages to the Plaintiff in the amount of $300,000.00.</u>

2. <u>Retain jurisdiction over this case until such time as the Court is satisfied that the unconstitutional conditions, practices and policies, acts and omissions alleged herein no longer exist and will not recur.</u>

3. <u>Award reasonable fees for the Plaintiff's appointed attorney by the Court.</u>

4. <u>Award punitive damages to the plaintiff in the amount of $300,000.00</u>

5. <u>Assess all costs in this action against the Defendants</u>

6. <u>Order the Defendants to review medical protocols to ensure that this does not happen to another inmate</u>

D. I request a jury trial.   √ **<u>Yes</u>**   No

## VI. CERTIFICATION

I certify under the penalty of perjury that the foregoing complaint is true to the best of my information, knowledge, and belief.

Signature: *Janice Whitson*
Date: 5-6-22
Prison Id. No. #<u>00592564</u>

Address: **<u>Women's Therapeutic Residential Center PO Box 1150 480 Green Chapel Road Henning, TN 38041</u>**

## CERTIFICATE OF SERVICE

      I, do hereby certify that a true and exact copy of the foregoing Motion for Sentence Reduction has been forward via, First-Class U.S. Mail to Clerk of the Court John L Medearis ; 900 Georgia Ave Rm 309, Chattanooga, TN 37402 this _6th_ day of May, 2022.

*Janice Whitson*
Janice Whitson #592564
*Pro se* Petitioner
WTRC
PO Box 1150
Henning, TN 38041

Page 2 of 2

